CRAIG K. WELCH # 078546
WELCH & OLRICH, LLP
809 Petaluma Boulevard North
Petaluma, Ca. 94952
Telephone (707) 782-1790
Facsimile (707) 782-1795

Attorneys for Claimant,
Gwenette Jackson

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

BENJAMIN and MARILYN GONGORA

Debtor.

Case No. 08-12670

Chapter 7

Date: February 12, 2009
Time: 900 a.m.
Place: 99 South E Street
Santa Rosa, CA.

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Gwenette Jackon, an individual claimant, moves the Court for an order granting her relief from the automatic stay of 11 U.S.C. §362 to allow her to pursue and recover her personal injury claims against the Debtors' insurance carrier and to liquidate her claims by prosecuting a civil action against the Debtors to judgment, but prohibiting her from collecting directly from the debtor or the estate without further order.

This motion is made on the ground that cause exists for relief from stay to allow Movant to liquidate her claim against the debtor and recover from the Debtors' insurance.

Movant specifically seeks to nullify the effect of Bankruptcy Rule 4001(a)(3).

This motion is based upon the declaration of Scott Choi filed with this motion, and the other pleadings, papers and documents filed in this bankruptcy case, and such further oral and documentary evidence as may be presented at the time of the hearing of this motion.

Responsive pleadings, points and authorities, and declarations for any preliminary

| | |
|---|---|
| 1 | hearing are not required, but may be filed. In the event the debtor fails to appear either |
| 2 | personally or through counsel at the scheduled hearing, the debtor's default may be entered and |
| 3 | relief granted as prayed for. |

Dated: January 22, 2009                              WELCH & OLRICH, LLP

/s/Craig K. Welch
SBN 078546
CRAIG K. WELCH
Attorneys for moving party.