MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, State Bar No. 83684
JEAN BARNIER, State Bar No. 231683
645 First St. West, Suite D
Sonoma, California 95476
Telephone: (707) 935-3205
Facsimile: (707) 935-7051
Email: jbarnier@macbarlaw.com

Attorneys for Trustee
TIMOTHY W. HOFFMAN

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re )
) Case No. 08-12670
BENJAMIN ROBERT GONGORA and ) (Chapter 7)
MARILYN ABIGAIL GONGORA, )
) **ORDER AUTHORIZING**
Debtors. ) **ABANDONMENT OF REAL**
_____) **PROPERTIES**

On consideration of the Trustee's Ex Parte Motion for Default Order Authorizing Abandonment of Real Properties and good cause appearing,

IT IS HEREBY ORDERED that the Trustee is authorized to abandon the Estate's interest in the properties commonly known as 10933 E. Clovis Ave., Mesa, AZ and 2548 Vine Hill Dr., Napa, CA, and said properties are hereby deemed abandoned.

Dated: February 4, 2010

Alan Jaroslovsky
U.S. Bankruptcy Judge

6018.OAA
PAGE 1